The appellant, Lee Edward Ford, appeals from the trial court's summary denial of his A.R.Cr.P.Temp. 20 petition wherein he contested the validity of his 1982 conviction for forgery of a prescription for controlled substances, § 20-2-70, Code of Alabama 1975, and his resulting sentence of life imprisonment. In his petition, Ford alleged that his sentence exceeds the maximum authorized by law because, he says, he was improperly sentenced under the Habitual Felony Offender Act. See Ex parte Chambers, 522 So.2d 313 (Ala. 1987). If these factual allegations are true, Ford is due relief. See Stokes v.State, 555 So.2d 254 (Ala.Cr.App. 1989). Thus, a hearing should have been held.
Ford filed the instant petition on December 21, 1988, and, although the trial court *Page 69 
ruled on the petition on January 14, 1989, this cause was not submitted to this court until December 13, 1990. Because of this two-year delay, we are concerned with expeditious treatment of this petition. Accordingly, we remand with instructions that a hearing be held and return be made to this court within 45 days from date of this opinion.
REMANDED WITH INSTRUCTIONS.
All Judges concur.
 ON RETURN TO REMAND